LEWIS DAVIS v. STATE.
No. A-1653. Opinion Filed June 25, 1913.
Appeal from Ottawa County Court;
W. Y. Quigley, Judge.

PER CURIAM. This is an appeal from a conviction for a violation of the prohibitory liquor law from Ottawa county. The record does not contain a case-made but consists only of a transcript of the record. A careful examination discloses the fact that the con-

viction in this case is in all respects regular. This appeal was evidently taken for delay only. The appeal is therefore affirmed with directions to the clerk to issue the mandate without furuner delay.